## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT J. KUEKER, Inmate #A66011, )
                                         )
           **Petitioner,**           )
                                         )
**vs.**                                   )    **CIVIL NO. 05-370-DRH**
                                       )
**DARRELL G. WILLIAMSON,** *et. al*,   )
                                       )
           **Respondent.**       )

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Petitioner initiated this action by filing a hand-written document entitled "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254." The petition is not prepared on the forms required in this district. Consequently, plaintiff's instant petition shall be stricken for non-compliance with Local Rule 8.1. Should plaintiff wish to refile his petition within the allotted time, it must be on this Court's required forms.

**IT IS HEREBY ORDERED** that the petition is **STRICKEN** for non-compliance with Local Rule 8.1. Petitioner is **GRANTED** leave to refile his petition on the appropriate forms in compliance with this order within **THIRTY (30) DAYS** of entry of this order. The Clerk is **DIRECTED** to provide Petitioner with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any new petition filed by Petitioner that is not in strict compliance with this order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should Petitioner fail to refile his petition, this case will be closed for failure to comply with an order of this

Dockets.Justia.com

Court.  Fed.R.Civ.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*;*

*Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

      **IT IS SO ORDERED.**

      **DATED:  June 2, 2005**


                          /s/  David RHerndon
                          **DISTRICT JUDGE**